# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHERYLE PRINGLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:20-cv-01768-MN-SRF ) ) |
| DELMARVA POWER & LIGHT CO., d/b/a and/or t/a EXELON, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cheryle Pringle ("Plaintiff") and Defendant Delmarva Power & Light Co. ("Defendant") (collectively the "Parties"), by and through their respective counsel, stipulate and agree to the dismissal of all of Plaintiff's claims against Defendant with prejudice. Each party is to bear its own costs, expenses and fees.

Dated: October 18, 2021

**ALLEN & ASSOCIATES**

*/s/ Michele D. Allen*
Michele D. Allen (#4359)
Emily A. Biffen (#6639)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
Telephone: (302) 234-8600
Facsimile: (302) 397-3930
michele@allenlaborlaw.com
emily@allenlaborlaw.com
*Attorneys for Plaintiff*

**BLANK ROME LLP**

*/s/ Brandon W. McCune*
Brandon W. McCune (#6563)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
bmccune@blankrome.com

*-and-*

156889.00202/127163649v.1

        **BLANK ROME LLP**
        Stephanie Gantman Kaplan, Esq. (admitted *pro hac vice*)
        Asima J. Ahmad, Esq. (admitted *pro hac vice*)
        130 North 18th Street
        Philadelphia, PA 19103
        Telephone: (215) 569-5500
        Facsimile: (215) 569-5555
        *Attorneys for Defendant*

**IT IS SO ORDERED** this _____ day of _____, 2021.

        _____
        The Honorable Maryellen Noreika
        United States District Judge